**Opinion issued April 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00732-CV

———————————

## IN RE CARLOS DAVID VELASCO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Carlos David Velasco, has filed a petition for writ of mandamus, challenging the trial court's issuance of a protective order and asking that we "find the protective order void" and "order that the records [of the child's testimony at

the protective order hearing] be unsealed [and] that the trial court vacate its prior order and notify the authorities."[1]

We **deny** the petition for writ of mandamus.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.

---

[1] The underlying case is *Ofelia Leija v. Carlos David Velasco*, cause number 2012-71321, pending in the 280th District Court of Harris County, Texas, the Hon. Lynn Bradshaw-Hull presiding.